# Order

Michigan Supreme Court
Lansing, Michigan

March 21, 2018

155555 & (17)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCUS ANTHONY COOPER,
      Defendant-Appellant.

SC: 155555
COA: 335125
Kent CC: 12-010512-FC

_____/

      On order of the Court, motion to add issue is GRANTED. The application for leave to appeal the February 2, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk

p0314